No. 250, Misc. WESTBURY *v.* FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 252, Misc. TATE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 256, Misc. PAPPAS *v.* RAGEN, WARDEN. Circuit Court of Rock Island County, Illinois. Certiorari denied.

No. 258, Misc. CARROLL *v.* SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 257, Misc. MAHURIN *v.* EIDSON, WARDEN. Petition for writ of certiorari to the Supreme Court of Missouri and for other relief denied.

No. 12. FEDERAL POWER COMMISSION *v.* IDAHO POWER Co., *ante,* p. 17. Rehearing denied. MR. JUSTICE BURTON and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 10. UNITED STATES *v.* HENNING ET AL., *ante,* p. 66;

No. 185. MILLIKEN *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 884;

No. 210. DUVEEN BROTHERS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 884;

No. 314. McRAE *v.* WOODS, ACTING HOUSING EXPEDITER, *ante,* p. 892;

No. 78, Misc. KUIKEN *v.* UNITED STATES, *ante,* p. 867; and

No. 135, Misc. CHORAK ET AL. *v.* R. K. O. PICTURES, INC. ET AL., *ante,* p. 887. Petitions for rehearing denied.